ROBBINS v. GUNNISON VALLEY BANK, and four other cases.

Nos. 3883-4, 5, 6, 7.   Decided May 31, 1923.   (216 Pac. 234.)

Appeal from District Court, Seventh District, San Pete County; *Dilworth Woolley*, Judge.

Separate actions by George Robbins against the Gunnison Valley Bank, the Telluride Power Company, the Consolidated Wagon & Machine Company, R. C. Palmer and others, and

Johannah H. Christensen, respectively. Judgment for plaintiff in each case, and defendants appeal.

AFFIRMED in each case.

*Lewis Larson*, of Manti, *H. R. Waldo*, of Salt Lake City, *A. E. Park*, of Gunnison, and *Morris & Callister*, of Salt Lake City, for appellants.

*Irvine, Skeen & Thurman*, of Salt Lake City, for respondent.

CHERRY, J.

The foregoing cases were all argued and submitted with the case of *George Robbins* v. *S. M. Duggins*, which has just been decided and which is reported in 61 Utah, 542, 216 Pac. 232.

The material issues and facts in all 'the cases are similar, and differ only in the tracts of land involved and the persons interested as defendants.

For the reasons given in *Robbins* v. *Duggins*, supra, the judgment in each of the above-entitled cases is affirmed, with costs.

WEBER, C. J., and GIDEON, THURMAN, and FRICK, JJ., concur.